# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| In re ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld,"<br><br>Petitioner. | Case No.<br>From the United States District Court for the Southern District of Ohio, Western Division<br>Case No.: 1-20-cr-142<br>Hon. Douglas R. Cole |

## Motion to File Under Seal

Petitioner hereby moves to file his "Emergency Motion to Compel Forensic Examination of Relevant Devices of Juror X, Or, In the Alternative, Petition for Writ of Mandamus" under seal. Consistent with the procedure at the trial court and in consultation with the Clerk for the 6th Circuit, Petitioner has prepared a sealed version of this filing (not to be placed on the public docket) and an unsealed version of this filing (to be placed on the public docket).

*/s/ Gus J. Lazares*
Gus J. Lazares (OH 0092206)
Rittgers & Rittgers

>12 East Warren Street
>Lebanon, OH 45036
>(513) 932-2115
>gus@rittgers.com

*Counsel for the Petitioner*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for Petitioner P.G. Sittenfeld certify that its Motion to File Under Seal complies with the limitations of Fed. R. App. P. 21(d)(1) in that, excluding the items enumerated in Fed. R. App. 32(f) and 6th Cir. R. 32(b), the Petition contains less than 7,800 words. In addition, this Brief complies with the typeface and type style requirements of the applicable rules because this Petition has been prepared in a proportionally spaced typeface using Microsoft Word, Times New Roman, 14-point size, with footnotes in Times New Roman 12-point size.

*/s/ Gus J. Lazares*
Gus J. Lazares (OH 0092206)
*Counsel for Petitioner*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I further certify that the foregoing was served by electronic mail upon the following:

Emily N. Glatfelter, Esq.
Matthew Charles Singer, Esq.
Megan Gaffney Painter, Esq.
U.S. Department of Justice
U.S. Attorney's Office, Southern
District of Ohio
221 E. Fourth St., Suite 400
Cincinnati, OH 45202
Phone: (513) 684-3711
Fax: (513) 684-6385
emily.glatfelter@usdoj.gov
matthew.singer@usdoj.gov
megan.gaffney@usdoj.gov

*/s/ Gus J. Lazares*
Gus J. Lazares (OH 0092206)
*Counsel for Petitioner*